U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 1 6 2009

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ORANGIE BURRIS | CIVIL ACTION NO. 08-1859 |
| VERSUS | JUDGE ROBERT G. JAMES |
| FRANKLIN PARISH DETENTION CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein [Doc. No. 4], noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Orangie Burris's claims against Defendants are DISMISSED WITH PREJUDICE as frivolous.

MONROE, LOUISIANA, this 13 day of February, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE